**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00575-CV

### JOHN SCOTT PITTMAN, KAREN PITTMAN, AND J.T.P., A MINOR CHILD, Appellants

### V.

### LEWISVILLE INDEPENDENT SCHOOL DISTRICT AND HEBRON HIGH SCHOOL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01795-E**

## ORDER
Before Justices Fillmore, Myers, and Evans

Pursuant to the Court's opinion of this date, we **VACATE** the Court's May 6, 2015 order.


/s/      LANA MYERS
         JUSTICE